UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

FRANCESCO P. PAGANO,

    Plaintiff,

v.                                            25-cv-00423-PP

JOHNSON CONTROLS, INC.,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matters at issue in this action having been amicably adjusted, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the action with prejudice and without any award of costs or fees to either party.

Respectfully submitted,

| /s/    *Heidi T. Sharp* | /s/ *Peter O. Hughes* (w/permission) |
|---|---|
| By: Heidi T. Sharp (P69641) | By: Peter O. Hughes |
| The Sharp Firm, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 43260 Garfield Road, Suite 280 | 191 Peachtree St. NE, Suite 4800 |
| Clinton Township, MI 48038 | Atlanta, GA 30303 |
| (586) 226-2627 | (973) 261-0661 |
| heidi@sharpfirmlaw.com | peter.hughes@ogletree.com |
| Dated: January 7, 2026 | Dated: January 7, 2026 |